Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Brian Grover

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-6021<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Brian Grover,<br>　　　　　　　　Plaintiffs,<br>　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, (BRIAN GROVER) Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

By: _____
Attorneys for Plaintiff, Brian Grover

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2   DATED: April 27, 2009       DLA PIPER US LLP

3
                                By: _____
4                                   Michelle Sadowsky
                                    Attorneys for Defendants
5

6

7
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
8   IT IS SO ORDERED.**

9

10  Dated: APR 3 0 2009
                                    _____
11                                  Hon. Charles R. Breyer
                                    United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**